IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ALFONSO HOLDER, | : | |
| --- | --- | --- |
| Petitioner | : | No. 1:17-cv-1850 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| WARDEN S. SPAULDING, | : | |
| Respondent | : | |

## ORDER

Before the Court in the above-captioned action is the February 14, 2019 Report and Recommendation of Magistrate Judge Carlson (Doc. No. 10), recommending that the petition for a writ of habeas corpus filed by pro se Petitioner Alfonso Holder ("Petitioner") pursuant to 28 U.S.C. § 2241 (Doc. No. 1) be transferred to the United States District Court for the Eastern District of Pennsylvania. No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 9th day of July 2019, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 10) of Magistrate Judge Carlson;

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

    s/ Yvette Kane
    Yvette Kane, District Judge
    United States District Court
    Middle District of Pennsylvania